[No. 9068–2–I. Division One. November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER LEE CUTSINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 79-1-02148-9, James J. Dore, J., entered June 10, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Callow, J.